**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thurman D. PAYNE, Defendant–**
**Appellant.**

**No. 04–50215.**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Thurman D. Payne, pro se, Atwater, CA, Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Thurman D. Payne, federal prisoner # 16992–180, appeals the district court's denial of his FED.R.CIV.P. 60(b)(3) motion seeking relief from his guilty-plea conviction and sentence. Because Payne waived his right to indictment by grand jury, the record does not support Payne's allegations of fraud. *See United States v. Cothran*, 302 F.3d 279, 283 (5th Cir.2002). The district court did not abuse its discretion in denying Payne's motion. *See Seven Elves v. Eskenazi*, 635 F.2d 396, 402 (5th Cir. 1981). Accordingly, the district court's order is AFFIRMED.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.